# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# SCRANTON DIVISION

| | |
|---|---|
| INTERMETRO INDUSTRIES CORPORATION,<br><br>           Plaintiff,<br><br>     v.<br><br>CAPSA SOLUTIONS, LLC,<br>           Defendant. | No. 3:13-cv-02853-RDM<br><br>(Hon. Robert D. Mariani)<br><br>JURY TRIAL DEMANDED |

### DEFENDANT CAPSA SOLUTIONS, LLC'S MOTION TO DISMISS
### UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Capsa Solutions, LLC, by its counsel, respectfully moves the Court under Federal Rule of Civil Procedure 12(b)(6) for an order dismissing Plaintiff InterMetro Industries Corporation's claims against Capsa for willful infringement because the Complaint fails to state a claim upon which relief can be granted.  A proposed Order is filed herewith.

Respectfully submitted,

By:  *s/ Jan L. Budman II*
     Jayson R. Wolfgang
     I.D. #62076
     Jan L. Budman II
     I.D. #203200
     **BUCHANAN INGERSOLL & ROONEY PC**
     409 North Second Street, Suite 500
     Harrisburg, PA  17101

                                              Scott D. Eads
                                              OR 910400
*Special admission granted*
Bryan D. Beel
OR 073408
*Special admission granted*
**PERKINS COIE LLP**
1120 N.W. Couch Street, Tenth Floor
Portland, OR  97209-4128

*Attorneys for Defendant*
*Capsa Solutions, LLC*

DATED:  January 24, 2014

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
# SCRANTON DIVISION

| | |
|---|---|
| INTERMETRO INDUSTRIES CORPORATION,<br>            Plaintiff,<br><br>      v.<br><br>CAPSA SOLUTIONS, LLC,<br>            Defendant. | No. 3:13-cv-02853-RDM<br><br>(Hon. Robert D. Mariani)<br><br>JURY TRIAL DEMANDED |

## CERTIFICATE OF NONCONCURRENCE

I, Jan L. Budman II, hereby certify that on January 23, 2014, my co-counsel, Bryan D. Beel (special admission granted) sought the concurrence of Glenn E. Forbis, from counsel for Plaintiff InterMetro Industries Corporation, in connection with the foregoing Motion to Dismiss, and that Mr. Forbis does not concur in the Motion.

                                    Respectfully submitted,


                                    By:   *s/Jan L. Budman II*
                                          Jayson R. Wolfgang (I.D. #62076)
                                          Jan L. Budman II (I.D. #203200)
                                          **BUCHANAN INGERSOLL & ROONEY PC**
                                          409 North Second Street, Suite 500
                                          Harrisburg, PA  17101

DATED:  January 24, 2014

## **CERTIFICATE OF SERVICE**

I, Jan L. Budman II, hereby certify that the foregoing document was filed via the Court's ECF/CM filing system in the above-captioned matter and that pursuant to L.R. 5.7 the Court's transmission of the Notice of Electronic Filing constitutes service of the filed document.

                                          By: *s/Jan L. Budman II*
                                                   Jan L. Budman II

DATE:  January 24, 2014